UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES M. HEAD,
    Petitioner, )
) Civil Action No. 05-1027
v. ) UNA
)
VANESSA ADAMS,
    Respondent )

## NOTICE OF APPEAL

I hereby notifying this honorable district court of my Notice of Appeal in the above mentioned case number which was denied on June 14, 2005. Petitioner wish to appeal this court's decision in every part thereof.

Dated: 7-28-05

Respectfully Submitted,

James M. Head